No. 97–595. SPARTAN MILLS v. BANK OF AMERICA ILLINOIS. C. A. 4th Cir. Certiorari denied. 

No. 97–618. LAL v. NIX ET AL. C. A. 3d Cir. Certiorari denied.

No. 97–631. BECK v. UNITED STATES ATTORNEY FOR THE DISTRICT OF DELAWARE. C. A. 3d Cir. Certiorari denied. 

No. 97–637. BOWNDS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 97–648. COKER v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 97–661. DEWS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 97–5110. CISNEROS-CABRERA v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 97–5195. BUSH v. ALABAMA. Sup. Ct. Ala. Certiorari denied. 

No. 97–5207. MILOJEVICH v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 97–5238. MILLER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–5885. MCREYNOLDS v. DIRECTOR, BROOKLYN DEVELOPMENTAL CENTER;
No. 97–5886. MCREYNOLDS v. NEW YORK; and
No. 97–5907. MCREYNOLDS v. GIULIANI, MAYOR OF THE CITY OF NEW YORK, ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. Reported below: 238 App. Div. 2d 249, 656 N. Y. S. 2d 871.

No. 97–5887. JOHARI v. JOHARI. Ct. App. Minn. Certiorari denied.

No. 97–5888. CRAWFORD v. MORAN. App. Ct. Ill., 3d Dist. Certiorari denied.